UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTINE MCLAUGHLIN,
CRYSTAL VANDERVEEN,
JUSTIN LEMBKE, and SCOTT
HARDT, individually and on
behalf of all others similarly
situated,

    Plaintiffs,

v.	Case No.: 3:22-cv-59-HES-MCR

SELECT REHABILITATION, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court sua sponte. In January 2022, Plaintiffs brought this hybrid Fair Labor Standards Act ("FLSA") collective action and Federal Rule of Civil Procedure 23 class action, alleging that Select Rehabilitation, LLC failed to compensate them for certain overtime hours. (Dkts. 1, 16). On October 31, 2025, Plaintiffs filed an unopposed motion to approve a proposed settlement agreement under the FLSA and to enter a stipulated judgment in their favor. (Dkt. 472). As part of that proposed settlement agreement, Plaintiffs agreed to withdraw the Rule 23 class action by filing a Fourth Amended Complaint. (*Id.* at 7). This Court approved the proposed settlement agreement and provided Plaintiffs seven days to file an

amended pleading. (Dkt. 473). Plaintiffs have filed their Fourth Amended Complaint. (Dkt. 474).

Accordingly, it is **ORDERED** that:

1. This case is hereby **DISMISSED with prejudice**;

2. The Clerk is directed to enter Judgment for Plaintiffs, terminate all pending motions and deadlines, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of December 2025.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Mitchell L. Feldman, Esq.
Benjamin L. Williams, Esq.
Christopher Parlo, Esq.
Andrew Ross Frisch, Esq.
Angeli Murthy, Esq.
Kimberly De Arcangelis, Esq.
Diane G. Walker, Esq.
Carrie B. Hoffman, Esq.
David B. Goroff, Esq.
John A. Tucker, Esq.
Kristen W. Roberts, Esq.
Russel R. Bruch, Esq.
Kathleen McDermott, Esq.
Kayla Stachniak Kaplan, Esq.
Beth S. Joseph, Esq.